DANIEL G. BOGDEN
United States Attorney
BRIAN L. SULLIVAN
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501
Tel: (775) 784-5438
Fax: (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOSESE TAUNAHOLO,<br><br>　　　　　　Defendant. | 3:15-CR-0004-HDM-VPC<br><br>INDICTMENT FOR VIOLATION OF:<br><br>TITLE 8, UNITED STATES CODE, SECTION 1253(a)(1)(C) – Willful Failure to Depart from the United States |

THE GRAND JURY CHARGES THAT:

　　On or about December 2, 2014, in the District of Nevada, MOSESE TAUNAHOLO, defendant herein, an alien against whom a final order of removal was outstanding by reason of being a member of the class of deportable aliens described in Title 8, United States Code, Section 1227(a)(2)(A)(iii), did willfully take action designed to prevent and hamper his departure from the United States pursuant to such order, to wit: he refused to board a scheduled flight at the Reno Tahoe International Airport in

///

///

///

1

1  Reno, Nevada by lying down on the floor at the airport and failing to cooperate with United States

2  immigration enforcement agents; all in violation of Title 8, United States Code, Section 1253(a)(1)(C).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*Brian L. Sullivan* (signature)
BRIAN L. SULLIVAN
Assistant United States Attorney

2