RENE L. VALLADARES
Federal Public Defender
District of Nevada
Biray Dogan
Nevada State Bar #10566
Assistant Federal Public Defender
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451
(775) 784-5369 (Fax)
biray_dogan@fd.org
Attorneys for Defendant,
MOSESE TAUNAHOLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOSESE TAUNAHOLO,<br><br>Defendant. | 3:15-CR-00004-HDM-VPC<br><br>STIPULATION TO CONTINUE PRETRIAL MOTIONS AND TRIAL<br><br>(Third Request)[1] |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Brian L. Sullivan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Biray K. Dogan, Assistant Federal Public Defender, counsel for MOSESE TAUNAHOLO, that the calendar call currently set for July 28, 2015 at 9:30 a.m., be vacated and continued to **November 18, 2015 at 9:30 a.m.** and the trial currently scheduled for August 18, 2015 at 9:00 a.m., be vacated and continued to **December 07, 2015 at 9:00 a.m.**

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the parties herein shall have to and including **October 23, 2015,** to file any and all pretrial motions and notices of defense.

---

[1] This will be the defendant's second request to continue the trial date. The defendant's first request concerned only the deadline regarding the motion dates, and did not request to advance the trial date. *See* Stipulation to Continue Motion Dates Only (Dkt. #19).

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the parties herein shall have to and including **November 06, 2015**, to file any and all responses to such motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the parties herein shall have to and including **November 13, 2015**, to file any and all replies to the responsive briefs.

This Stipulation is entered into for the following reasons:

1. Defense counsel in this matter started his position at the Federal Public Defender's Office on July 07, 2014. The issues presented in this case are issues of first impression for defense counsel. Defense counsel must conduct a through review of his client's immigration file (A-file). The A-file in this matter consists of 765 pages. It is critical to conduct a thorough review of the A-file to determine whether any issues exist in which defense counsel can mount legal challenges to any impropriety in the immigration proceedings against his client. Moreover, it is equally critical to become competent in both statutory and case law that concern issues regarding issues of deportation. Therefore, defense counsel needs additional time to provide effective assistance of counsel pursuant to the Sixth Amendment guarantee to consult with counsel specializing in immigration law to grasp the interconnection of immigration law and criminal law as presented by this prosecution.

2. Defense counsel will also need additional time within which to prepare for the jury trial in this matter. Such preparation will consist of determining what motions to bring before and during the course of the trial, the filing of motions in limine, and to formulate defense theory. Further, defense counsel requires additional time to consult with his client with the benefit of a Tongan interpreter. Mr. Taunaholo speaks little English, his native language is Tongan. The interpreter in this case resides in the State of California, and must commute to Reno to meet with defense counsel and Mr. Taunaholo at the Washoe County jail. Defense counsel requires the assistance of the Tongan interpreter each time when he discusses matters which concern important legal issues surrounding his client's case. It is imperative that defense counsel thoroughly discuss defense strategy, legal tactics, and whether Mr. Taunaholo will take the stand at his trial. Should Mr.

Taunaholo decide to take the stand then defense counsel must adequately prepare him for direct and cross examination.

3. The defendant is incarcerated but does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete negotiations toward a resolution of this matter. Or in the alternative, prepare for trial, taking into account the exercise of due diligence.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv), in that failure to grant this continuance would result in a miscarriage of justice by denying counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

This is the Third request for a continuance filed herein.

DATED this 27th day of July, 2015

RENE L. VALLADARES  
Federal Public Defender

DANIEL G. BOGDEN  
United States Attorney

By: /s/ Biray K. Dogan  
BIRAY K. DOGAN,  
Assistant Federal Public Defender  
Counsel for Mosese Taunaholo

By: /s/ Brian L. Sullivan  
BRIAN L. SULLIVAN  
Assistant United States Attorney  
Counsel for Plaintiff

I agree to the above continuance.

By: [signature]  
MOSESE TAUNAHOLO

3

# ORDER

**IT IS HEREBY ORDERED** that time from August 18, 2015 to **December 07, 2015,** the new trial date, is excluded in computing the time within which the trial in the above-captioned case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (iv)for the above-stated reasons, including without limitation that the ends of justice would best be served by this continuance of the trial date.

**IT IS FURTHER ORDERED** that the trial currently scheduled for August 18, 2015, at the hour of 9:00 a.m., be vacated and continued to **December 07, 2015 at 9:00 a.m.** with calendar call currently scheduled for July 28, 2015 at 9:30 a.m. to be continued until **November 18, 2015 at 9:30 a.m.** Pretrial motions and notices of defenses due on or before **October 23, 2015;** Responses due on or before **November 06, 2015** and Replies due on or before **November 13, 2015.**

The Court finds the need for this continuance outweighs the defendant's and the public's right to a speedy trial.

**IT IS SO ORDERED** this _____ day July, 2015.

_____
HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE